## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY L. HARNEY and ) <br> PATRICIA A. MULDOON ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO and Chicago Police ) <br> Officer JOSEPH MIDONA, JR., and ) <br> PAMELA DEVARELA. ) <br> Defendants. ) | No. 07 CV 2814 <br><br> Judge Lefkow |

### NOTICE OF FILING

To: Kenneth N. Flaxman, P.C.  Gregory Adam Adamski
    200 S. Michigan Ave. - Suite 1240  Adamski & Conti
    Chicago, IL    60604-6107  100 N. LaSalle St. - Suite 1720
       Chicago, IL    60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion for Summary Judgment**, **Memorandum of Law**, and **Rule 56.1(a)(3)**, copies of which are attached hereto and herewith served upon you.

### CERTIFICATE OF SERVICE

_____I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Filing** and **Defendants' Motion for Summary Judgment**, to be mailed to the person named in the foregoing notice at the address therein shown, on this 7th day of April, 2009.

**DATED** at Chicago, Illinois this 7th day of April, 2009

By: _____

30 N. LaSalle St., Suite 1720  JAMES T. McGOVERN
Chicago, Illinois 60602  Special Litigation Counsel
(312) 744 - 8368
Attorney No.: 6278004