*(handwritten top right)* 10/17/07

GINA M. LYNCH, C.S.R.
OFFICIAL COURT REPORTER
69 WEST WASHINGTON 9TH FLOOR
CHICAGO, IL 60622
312-603-8400

MS. SHAUNTELLE REYNOLDS        DATE: 9-28-07
CORP. COUNSEL'S OFFICE
30 N. LaSALLE
Chicago, IL
312-744-5110

RE:  PEOPLE V. TIMOTHY HARNEY       HEARD ON:  5-25-05
     CASE NO.  05-MC1-18530801
     BEFORE JUDGE FRANK DEBONI BR. 42

PAGES 7 pgs.

RATE:  $2.40

AMOUNT:  $16.80

2   DEPOSIT: 0

13  AMOUNT DUE AND OWING: $16.80

14  RECEIVED BY: _____

15  DATE: __U/16/07_____

16

17  THANK YOU!

18      1. Case Name: _____
19      2. Case Number: _____
        3. Client Dept: _____
20      4. Atty Signature: _____
        5. Date Approved: _____
21      6. Law Dept. Division: _____

22    NOV 09 2007

23

24

*(stamp) RECEIVED OCT 3 1 2007*

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

## Invoice

**FIRM**

MR. JAMES McGOVERN
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 68648 | 7/18/2008 | 300 |

| TOTAL | $888.50 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**HARNEY v. CITY OF CHICAGO**

07 C 2814              PATRICIA MULDOON                              07/08/2008

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JAMES McGOVERN | | | |
| CITY TRANSCRIPT ORIGINAL | 153 | 4.25 | 650.25 |
| 07/08/2008  VIDEOTAPED DEPOSITION OF PATRICIA A. MULDOON | | | |
| CITY CONDENSCRIPT | 153 | 0.25 | 38.25 |
| CITY ATTENDANCE | 4 | 50.00 | 200.00 |

1. Case Name: *Harney*
2. Case Number: *07 C 2814*
3. Client Dept: *Poly*
4. Atty Signature: _____
5. Date Approved: *7.31.08*
6. Law Dept. Division: *9/D*

JUL 2 1 2008

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 68648 | PAYABLE UPON RECEIPT | Total $888.50 |
|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net          Web Site

  

# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

### FIRM

MR. JAMES McGOVERN
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL 60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 68732 | 7/28/2008 | 300 |

| TOTAL | $1,386.50 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

HARNEY v. CITY OF CHICAGO

07 C 2814          TIMOTHY HARNEY                    06/26/2008

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JAMES McGOVERN | | | |
| CITY TRANSCRIPT ORIGINAL | 247 | 4.25 | 1,049.75 |
| 06/26/2008  VIDEOTAPED DEPOSITION OF TIMOTHY L. HARNEY | | | |
| CITY CONDENSCRIPT | 247 | 0.25 | 61.75 |
| CITY ATTENDANCE | 5.5 | 50.00 | 275.00 |

1. Case Name: _Harney_
2. Case Number: _07 C 2814_
3. Client Dept: _Police_
4. Atty Signature: _JM_
5. Date Approved: _7.31.08_
6. Law Dept. Division: _SLU_

JUL 30 2008

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 68732 | PAYABLE UPON RECEIPT | Total $1,386.50 |
|---|---|---|---|

E-mail  urlaubbowen@sbcglobal.net          Web Site

  

PAST DUE

# BRIDGES COURT REPORTING
77 WEST WASHINGTON STREET
SUITE 705
CHICAGO, IL 60602
(312) 332-6345 FAX(312) 332-1156

**Statement Date**   1/02/2009

*** Facsimile Transmission ***

To:

Fax#:  000-000-0000x0000

MR. JAMES T. McGOVERN
CORPORATION COUNSEL
30 N. LaSalle Street
Suite 800
Chicago                        IL    60602

Charges From  1/01/2006  to  12/31/2008

| | | | | | |
|---|---|---|---|---|---|
| 57455 | Mr. James McGovern | | | | |
| | Harney v. City of Chicago | | | | |
| 8/22/2008 | D/O:  Joseph Midona 07 CV 2814 | | | | |
| | | 1194.14 | - | 0.00 | = | 1194.14 |

| | |
|---|---|
| Total Charges | 1,194.14 |
| Total Payments | 0.00 |
| Balance | 1,194.14 |

*Harney v. Cty*
*07C 2814*
*jm*
*SLV*
*Police*

*1.9.09*

# Veritext Chicago Reporting Company
One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087 Fax. 312.442.9095

**Bill To:** James McGovern, Esq.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI16365 |
| Invoice Date: | 11/06/2008 |
| Balance Due: | $ 184.15 |

| | |
|---|---|
| Case: | Harney v. City of Chicago, et al. |
| Job #: | 12311  \|  Job Date: 10/20/2008  \|  Delivery:  Normal |
| Location: | Kenneth Flaxman, PC<br>200 South Michigan Avenue \| Suite 1240 \| Chicago, IL 60604 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Detective Kourakis | Deposition – Certified Transcript | Page | 55.00 | $2.53 | $139.15 |
| | | CD Depo Litigation Package | Package | 1.00 | $29.50 | $29.50 |
| | | Shipping & Handling | Package | 1.00 | $15.50 | $15.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $184.15 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $184.15 |

Fed. Tax ID: 20-3132569          Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

1. Case Name: _Harney_
2. Case Number: _07 c 2814_
3. Client Dept: _Police_
4. Atty Signature: _JOM_
5. Date Approved: _11·18·08_
6. Law Dept. Division: _SLU_

NOV 1 3 2008

Make check payable to:

**Veritext Chicago Reporting Company**

One North LaSalle Street, Suite 400
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI16365 |
| Job #: | 12311 |
| Invoice Date: | 11/06/2008 |
| Balance : | $184.15 |

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

| | |
|---|---|
| **Bill To:** James McGovern, Esq.<br>City of Chicago<br>30 North LaSalle Street<br>Suite 1720<br>Chicago, IL 60602 | **Invoice #:** CHI16424<br>**Invoice Date:** 11/10/2008<br>**Balance Due:** $ 439.80 |

| | |
|---|---|
| **Case:** Harney v. City of Chicago, et al. | |
| **Job #:** 12316  \|  Job Date: 10/23/2008  \|  Delivery:  Normal | |
| **Location:** Kenneth Flaxman, PC<br>200 South Michigan Avenue \| Suite 1240 \| Chicago, IL 60604 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Pamela De Varela | Video Deposition - Certified Transcript | Page | 141.00 | $2.80 | $394.80 |
| | | CD Depo Litigation Package | Package | 1.00 | $29.50 | $29.50 |
| | | Shipping & Handling | Package | 1.00 | $15.50 | $15.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $439.80 |
| | **Payment:** | |
| | **Credit:** | |
| | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569    Term: Net 30 | **Balance Due:** | $439.80 |

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

1. Case Name: *Harney*
2. Case Number: 07 C 2814
3. Client Dept: Police
4. Atty Signature: *JJM*
5. Date Approved: 11·18·08
6. Law Dept. Division: SLU

NOV 13 2008

Make check payable to:

**Veritext Chicago Reporting Company**
One North LaSalle Street, Suite 400
Chicago, IL 60602

| | |
|---|---|
| **Invoice #:** | CHI16424 |
| **Job #:** | 12316 |
| **Invoice Date:** | 11/10/2008 |
| **Balance :** | $439.80 |

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# Veritext Chicago Reporting Company
One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

Bill To: James McGovern, Esq.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI16468 |
| Invoice Date: | 11/11/2008 |
| Balance Due: | $ 125.60 |

| | |
|---|---|
| Case: | Harney v. City of Chicago, et al. |
| Job #: | 12317  \|  Job Date: 10/27/2008  \|  Delivery:  Normal |
| Location: | Kenneth Flaxman, PC<br>200 South Michigan Avenue \| Suite 1240 \| Chicago, IL 60604 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gloria Ekerman | Deposition - Certified Transcript | Page | 20.00 | $2.53 | $50.60 |
| 2 | | Condensed Printed Transcript | 1 | 1.00 | $30.00 | $30.00 |
| 3 | | CD Depo Litigation Package | Package | 1.00 | $29.50 | $29.50 |
| 4 | | Shipping & Handling | Package | 1.00 | $15.50 | $15.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $125.60 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $125.60 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Harney*
*OTC 2814*
*Police*
*Jom—*
*11-18-08*
*SLU*

Make check payable to:

**Veritext Chicago Reporting Company**
One North LaSalle Street, Suite 400
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI16468 |
| Job #: | 12317 |
| Invoice Date: | 11/11/2008 |
| Balance : | $125.60 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

**Bill To:** James McGovern, Esq.
City of Chicago
30 N LaSalle Street
Suite 700
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI16409 |
| Invoice Date: | 11/07/2008 |
| Balance Due: | $ 232.22 |

| | |
|---|---|
| **Case:** | Harney v. City of Chicago, et al. |
| **Job #:** | 12607  \|  Job Date: 11/04/2008  \|  Delivery:  Normal |
| **Location:** | Kenneth Flaxman, PC<br>200 South Michigan Avenue \| Suite 1240 \| Chicago, IL 60604 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Renata Pluharik | Deposition - Certified Transcript | Page | 74.00 | $2.53 | $187.22 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $29.50 | $29.50 |
| 3 | | Shipping & Handling | Package | 1.00 | $15.50 | $15.50 |

**Notes:**

| | | |
|---|---|---|
| | Invoice Total: | $232.22 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: $232.22 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*(handwritten)* Harney
07 C 2814
POLICE
[signature]
11·18·08
SLU

Make check payable to:

**Veritext Chicago Reporting Company**

One North LaSalle Street, Suite 400
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI16409 |
| Job #: | 12607 |
| Invoice Date: | 11/07/2008 |
| Balance : | $232.22 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

# Pitney Bowes Management Services
## A Pitney Bowes Company

# INVOICE

S
H
I
P

T
O

DARWIN OLORTEGUR
CITY OF CHICAGO CORPORATION CO
DEPARTMENT OF LAW
30 N. LASALLE
SUITE 1720
CHICAGO IL 60602

| CUSTOMER ACCOUNT NUMBER |
|---|
| 5992791 |

| INVOICE NUMBER | 5681491 |
|---|---|
| INVOICE DATE | 01/18/08 |

B
I
L
L

T
O

CITY OF CHICAGO CORPORATION CO
ATTN: ANGELA FUENTES
30 N. LASALLE
SUITE 1700
CHICAGO IL 60602

AMT. ENCLOSED

PLEASE SEND PAYMENT TO:

Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

PBMS - Chicago
205 NORTH MICHIGAN AVE.
3RD FLOOR
CHICAGO IL 60601

(312) 729-0701

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

RETAIN THIS PORTION FOR YOUR RECORDS

PAGE: 1

| CUSTOMER ACCOUNT | 5992791 |
|---|---|
| SALESPERSON NAME | ATKOCAITIS, JEFF |
| INVOICE NUMBER | 5681491 |
| INVOICE DATE | 01/18/08 |
| ORDER DATE | 12/28/07 |
| P.O. NUMBER | 07C2814 |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | HARNEY VS CITY | | |
| 84.00 | 1 | 84.00 | ENDORSEMENT/ELECTRONIC LABEL | .0200 | 1.68 |
| 84.00 | 1 | 84.00 | DOCUMENT SCANNING TO PDF BLACK AND WHITE 8.5X11 | .1200 | 10.08 |
| 1.00 | 1 | 1.00 | LABOR - HOURLY | 25.0000 | 25.00 |
| 1.00 | 1 | 1.00 | CD DUPLICATES | 25.0000 | 25.00 |
| | | | Subtotal | | 61.76 |
| | | | Total | | 61.76 |

*[handwritten: force police 07C 2814]*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 0 6 2008

# Pitney Bowes Management Services
## A Pitney Bowes Company

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject

INVOICE ORIGINAL

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 512214 | 05/07/2008 | Due upon receipt |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-368430-001 | 05/07/2008 | COPY JOB |

| CASE CAPTION |
|---|
| CARNEY VS MIDONA |
| RECORDS PERTAINING TO |
| VHS TRANSFERS TO DVD |

SSN : ***-**-****          DOB : **/**/****

JORDAN MARSH
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 800
APPEALS AND TORTS DIVISIONS
CHICAGO, IL 60602

## RECORDS FROM

COPY JOB
,

1 SET OF RECORDS OF :
    VHS TRANSFERS TO DVD
                    Video Tape                                         228.00

                                TOTAL DUE  >>>>            228.00

3 VHS VIDEO TAPES TRANFERS TO DVD FORMAT
PER KEN FLAXMAN

    1. Case Name: _____
    2. Case Number: _____
    3. Client Dept: _____
    4. Atty Signature: _____
    5. Date Approved: _____
    6. Law Dept. Division: _____

*OK police 07-C-2814* (handwritten)

MAY 13 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296                                (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

JORDAN MARSH
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 800
APPEALS AND TORTS DIVISIONS
CHICAGO, IL 60602

Invoice No.: 512214
Date       : 05/07/2008
**TOTAL DUE** : $    228.00

Order No.  : 01-368430-001
Cause No.  : COPY JOB
CARNEY VS MIDONA

Remit To:    U.S. Legal Support Inc.
             Mite/IL Records
             PO Box 671083
             Dallas, TX 75267-1083

CARTC

1. Case Name: _Harvey_
2. Case Number: _07 C 2814_
3. Client Dept: _Police_
4. Atty Signature: _(signature)_
5. Date Approved: _1·20·09_
6. Law Dept. Division: _SCU_

JAN 1 6 2009



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE · CHICAGO, ILLINOIS 60602 · 312-726-6650
PROFESSIONAL COPY CENTRE

3735-102576

**INVOICE NUMBER**
## CD 46666

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY    MR. JAMES MC GOVERN
SOLD TO    **MARA S. GEORGES - CORPORATION COUNSEL**
30 N. LA SALLE ST.   S-1400
CHICAGO, IL 60602

CL

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 12/04/08 | 07 C 2814 | POLC | | 12038809<br>46666-3735 |

| TYPE OF RECORD OR DOCUMENT : | VIDEOTAPES | | CODE | AMOUNT |
|---|---|---|---|---|
| | | | C | 167.50 |
| NAME OF CASE : | HARVEY VS. CITY OF CHICAGO | | | |
| COMMENTS : | DOCUMENTS SUBMITTED BY: ADAMSKI & CONTI<br>ONE COPY TO: ADAMSKI & CONTI<br>VIDEO TAPE DUPLICATION | | **TOTAL** | 167.50 |
| | | | | THANK YOU |

| | | | | |
|---|---|---|---|---|
| A. DOCUMENT PREPARATION | E. COLLATING | J. FOLDING | N. REDUCTIONS | R. BLUEPRINTS |
| B. SPECIAL SERVICES | F. STAPLING | K. MICROFILMING | O. OFFSET PRINTING | S. OVERSIZE COPIES |
| C. COPIES | G. PUNCHING | L. LOCATION COPYING | P. PHOTOGRAPHICS | T. SHIPPING |
| D. COLOR COPIES | H. BINDING | M. MICROFILM ENLARGEMENTS | Q. AUTO POSITIVES | X. X-RAY SERVICES |

U.S. Legal Support, Inc.
180 W. Washington St.
Suite: 200
Chicago, IL 60602
(312) 236-8352   Fax (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 547900 | 12/10/2008 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-375237-001 | 10/27/2008 | 07 C 2814 |

| CASE CAPTION | | |
|---|---|---|
| TIMOTHY L. HARNEY, ETAL. VS. CITY OF CHICAGO | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| Joseph Midona, Jr. | | |
| SSN : ***-**-**** | | DOB : **/**/**** |

JAMES MCGOVERN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

T-MOBILE WIRELESS CO.   SUBPOENA COMPLIANCE DEPT. (Phone records)
4 SYLVAN WAY   PARSIPPANY, NJ 07054

1 SET OF Phone records RECORDS OF :
Joseph Midona, Jr.

|  | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 491.00 |
| **TOTAL DUE >>>>** | **529.00** |

POLICE

1. Case Name: *Harney*
2. Case Number: *07C2814*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *12.18.08*
6. Law Dept. Division: *SLU*

DEC 1 8 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

JAMES MCGOVERN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.:   547900
Date        :   12/10/2008
**TOTAL DUE :   $     529.00**

Order No.   :   01-375237-001
Cause No.   :   07 C 2814
TIMOTHY L. HARNEY, ETAL. VS. CITY OF C

Remit To:     **U.S. Legal Support Inc.**
              **Mite/IL Records**
              **75 Remittance Dr., Ste 6098**
              **Chicago, IL 60675-6098**



3735-102576-QC

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY   MR. JAMES MC GOVERN

SOLD TO   **MARA S. GEORGES - CORPORATION COUNSEL**
30 N. LA SALLE ST.   S-1720
CHICAGO, IL 60602

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 4/06/09 | | POLICE | | 04039815 50656-3735 |

| TYPE OF RECORD OR DOCUMENT : VARIOUS DOCUMENTS/TRANSCRIPTS | CODE | AMOUNT |
|---|---|---|
| | BCGH | 337.95 |

NAME OF CASE   : HARNEY VS. CITY OF CHICAGO

*Harney*
*07C 2814*
*Police*
*4·13·09*
*Juan TME*

COMMENTS   DISK/CD-ROM DUPLICATION
TABS
COPIES SENT IN ADVANCE

TOTAL   337.95

THANK YOU

| A. DOCUMENT PREPARATION | E. COLLATING | J. FOLDING | N. REDUCTIONS | R. BLUEPRINTS |
|---|---|---|---|---|
| B. SPECIAL SERVICES | F. STAPLING | K. MICROFILMING | O. OFFSET PRINTING | S. OVERSIZE COPIES |
| C. COPIES | G. PUNCHING | L. LOCATION COPYING | P. PHOTOGRAPHICS | T. SHIPPING |
| D. COLOR COPIES | H. BINDING | M. MICROFILM ENLARGEMENTS | Q. AUTO POSITIVES | X. X-RAY SERVICES |